**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
RASHID ALI J.,

                         Plaintiff,                            25 **CIVIL** 06615 (GRJ)

        -against-                                      **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
-------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons

set forth in the Court's Decision and Order dated June 24, 2026, Plaintiff's request for judgment

on the pleadings is GRANTED; the Commissioner's request for judgment on the pleadings is

DENIED; and this case is REMANDED for further administrative proceedings consistent with

this Decision and Order; accordingly, this case is closed.

**Dated:**  New York, New York

       June 25, 2026

                                        **TAMMI M. HELLWIG**

                                           **Clerk of Court**

                     **BY:**

                                           **Deputy Clerk**